UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMIE S. FRANKLIN,<br><br>                     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                     Defendant. | Case No. 2:15-cv-01764-RJB-KLS<br><br>ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed plaintiff's Complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge (Dkt. 17) and the remaining record, does hereby find and ORDER:

    (1)   the Court adopts the Report and Recommendation;

    (2)   the ALJ erred in her decision as described in the Report and Recommendation; and

    (3)   the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

DATED this 1st day of July, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1